IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ARAMIS PARKER**                                                                           **PLAINTIFF**

**V.**                                                        **3:19CV37-M-P**

**UPRIGHT INSTALLATION, LLC and
ORLANDO DAVIES, Individually,**                                      **DEFENDANTS**

## ORDER OF DISMISSAL

Pursuant to the [6] Notice of Voluntary Dismissal filed by the plaintiff in this cause of action, it is ORDERED that this case is hereby dismissed with prejudice.

This the 9th day of April, 2019.

                                                      **/s/ MICHAEL P. MILLS**
                                                      **UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI**